

FILED
CLERK U.S. DISTRICT COURT
OCT 2 2 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 2:18-MJ-02791-1 |
| ROBERT PAUL RUNDO, DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of <u>defendant</u>, IT IS ORDERED that a detention hearing is set for <u>Wednesday, October 24, 2018</u>, at <u>10:00</u> ☒a.m. / ☐p.m. before the Honorable <u>Karen L. Stevenson</u>, in Courtroom <u>580</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: *October 22, 2018*        *Karen L. Stevenson*
U.S. ~~District Judge~~/Magistrate Judge