NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
DAVID T. RYAN (Cal. Bar No. 295785)
Assistant United States Attorney
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4491
     Facsimile: (213) 894-2927
     E-mail:    david.ryan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. MJ 18-2791 |
| Plaintiff, | [~~PROPOSE~~D] ORDER UNSEALING DOCUMENTS |
| v. | |
| ROBERT PAUL RUNDO, ROBERT BOMAN, TYLER LAUBE, and AARON EASON, | |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The complaint and underlying affidavit in this case shall be unsealed as of 6:00 a.m., Pacific Standard Time, on October 24, 2018.

10/23/18
_____
DATE

THE HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE